THIS ORDER IS APPROVED.

Dated: March 01, 2011



_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge
_____

# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-02939

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Richard Flores Soto<br>        Debtor.<br>_____<br>Wells Fargo Bank, NA S/B/M to Wells Fargo Bank Southwest, N.A. F/K/A Wachovia Mortgage, FSB<br>        Movant,<br>  vs.<br><br>Richard Flores Soto, Debtor, Beth Lang, Trustee.<br><br>        Respondents. | No. 4:11-bk-01563-JMM<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #18) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 17, 2006 and recorded in the office of the Cochise County Recorder wherein Wells Fargo Bank, NA S/B/M to Wells Fargo Bank Southwest, N.A. F/K/A Wachovia Mortgage, FSB is the current beneficiary and Richard Flores Soto has an interest in, further described as:

>  A PARCEL OF LAND SITUATED IN THE STATE OF ARIZONA, COUNTY OF COCHISE, WITH A STREET LOCATION ADDRESS OF 7829 E LOWER RANCH RD; SIERRA VISTA, AZ 85650-9572 CURRENTLY OWNED BY RICHARD F. SOTO AND DEBRA SOTO HAVING A TAX IDENTIFICATION NUMBER OF 107-54-009B AND FURTHER DESCRIBED AS POR SESW SEC14 BEG AT S4COR SEC14 THN N89DEG 54 MIN W991.80 TO POB THN N89DEG 54MIN W330.60 N0DEG 01MIN E662.08 S89DEG 54MIN E330.57 S0DEG 01 MIN W662.08 TO POB SEC14-22-21 5.02 AX TOGETHER WITH INT IN WELLSITE CHT 97-3 VAL W/107-54-009D.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.